DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

Alien's Name: JUAN DAVID QUICHIMBO-SUMBA

A-File Number: A220 368 446

Date: 06/29/2021

Event ID: EGT2106001815        Subject ID: 371506412        FIN: 1310519732

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and part 236 of title 8, Code of Federal Regulations, I have determined that, pending a final administrative determination in your case, you will be:

☐ Detained by the Department of Homeland Security.

☒ Released (check all that apply):

    ☐ Under bond in the amount of $ _____

    ☒ On your own recognizance.

    ☐ Under other conditions. [Additional document(s) will be provided.]

RUSSELL BECKER
Name and Signature of Authorized Officer

06/29/2021 0423
Date and Time of Custody Determination

ACTING PATROL AGENT IN CHARGE
Title

Eagle Pass, Texas
Office Location/Address

---

You may request a review of this custody determination by an Immigration judge.

☒ I acknowledge receipt of this notification, and

    ☐ I **do** request an immigration judge review of this custody determination.

    ☒ I **do not** request an immigration judge review of this custody determination.

X _____
Signature of Alien

06/29/2021
Date

---

The contents of this notice were read to JUAN DAVID QUICHIMBO-SUMBA
(Name of Alien)

in the SPANISH language.
(Name of Language)

PEREZ-JR, MARCO
Name and Signature of Officer

Name or Number of Interpreter (if applicable)

Border Patrol Agent
Title

DHS Form I-286 (1/14)