DEPARTMENT OF HOMELAND SECURITY
## NOTICE OF CUSTODY DETERMINATION

**Alien's Name:** QUICHIMBO-SUMBA, JUAN

**A-File Number:** 220-368-446

**Date:** 7/1/2021

**Event ID:** EGT2106001815

**Subject ID:** 371506412

---

Pursuant to the authority contained in section 236 of the Immigration and Nationality Act and Part 236 of Title 8, Code of Federal Regulations, I have determined that pending a final administrative determination in your case, you will be:

- [ ] Detained by the Department of Homeland Security
- [x] Released
  - [ ] Under bond in the amount of
  - [x] On Your Own Recognizance  **OREC**
  - [x] Under other conditions. [Additional documen(s) will be provided.]  **ATD**

M. Page 3518

Name and Signature of Authorized Officer

7/1/2021 03:34 PM
Date and Time of Custody Determination

Supervisory Detention & Deportation Officer
Title

South Texas Family Residential Center
300 El Rancho Way, Dilley, Texas, 78017
Office Location/Address

---

You may request a review of this determination by an immigration judge.

- [x] I acknowledge receipt of this notification, and
  - [ ] I do request an Immigration judge review of this custody determination
  - [x] I do not request an Immigration judge review of this custody determination

X _[signature]_

Signature of Alien

7/1/2021
Date

---

The contents of this notice were read to QUICHIMBO-SUMBA, JUAN (Name of Alien) in the Spanish (Name of Language) language.

E. Sulaica 8761
Name and Signature of Officer

Name and Number of Interpreter (if applicable)

Deportation Officer
Title